**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **CIVIL ACTION NOS. 18-CV-4776** |
| GERALD EDWARDS, | : | **18-CV-4777** |
| Plaintiff. | : | |

**ORDER**

AND NOW, this 20th day of November, 2018, upon consideration of Plaintiff Gerald Edwards' Motions to Proceed *In Forma Pauperis* and his Complaints in the above civil actions, it is **ORDERED** that:

1.     Mr. Edwards' Motions for Leave to Proceed *In Forma Pauperis* are **GRANTED**.

2.     Mr. Edwards' Complaints are **DEEMED** filed.

3.     Mr. Edwards' Complaints are **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 8, and 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons set forth in the Court's Memorandum.

4.     Mr. Edwards is given leave to amend within thirty (30) days of the date of this Order in the event he can cure the defects noted in the Court's Memorandum.  Any amended complaint shall identify all defendants in the caption in addition to the body of the amended complaint and shall describe in detail the basis for Mr. Edwards's claims against each defendant. If Mr. Edwards' claims in Civil Action Number 18-4776 arise out of the same transactions or occurrences as his claims in Civil Action Number 18-4777, or if the two cases involve the same questions of fact and law, then he is **DIRECTED** to file one amended complaint naming all defendants and setting forth his claims against them in Civil Action No. 18-4776.  If not, Mr. Edwards may file an amended complaint in each civil action noted above.  Any amended complaint must be a complete document that clearly sets forth Mr. Edwards' allegations underlying his claims without relying solely on exhibits or other pleadings filed in these cases.

Upon the filing of any amended complaint, the Clerk of Court shall not make service until so **ORDERED** by the Court.

5.      The Clerk of Court is **DIRECTED** to furnish Mr. Edwards with two (2) blank copies of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action numbers.

6.      If Mr. Edwards fails to comply with this Order, his cases may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**


**S/ Gene E.K. Pratter**
**GENE E.K. PRATTER, J.**